UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61237-CIV-COHN/SELTZER

NICOLE A. BERG,

        Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,

        Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [DE 13] ("Notice"). The Court has carefully reviewed the Notice and is fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that all claims against Enhanced Recovery Company, LLC are **DISMISSED WITH PREJUDICE**. The Clerk shall **CLOSE** the case and **DENY** any pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 9th day of September, 2011.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record.